

# COURT OF APPEALS
# EIGHTH DISTRICT OF TEXAS
# EL PASO, TEXAS

---

## No. 08-25-00286-CV

---

Azieb Anderson, Appellant

v.

Secretary of the US Department of Veterans Affairs,
an Officer of the United States, Appellee

---

On Appeal from the County Court at Law No 1
Bell County, Texas
Trial Court No. 24CCV1328

---

## J U D G M E N T

The Court has considered this cause on the record and concludes the appeal should be dismissed. We therefore dismiss the appeal. It appearing to this Court that Appellant is indigent for purpose of appeal, this Court makes no further order with respect to costs. This decision shall be certified below for observance.

IT IS SO ORDERED this 8th day of December 2025.


                                        MARIA SALAS MENDOZA, Chief Justice

Before Salas Mendoza, C.J., Palafox and Soto, JJ.